# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Andrew Hendren    **Case Number:** 12-CR-10341

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole Jr., U.S. District Judge

**Date of Original Sentence:** May 07, 2014

**Original Offense:** Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. 841 (a) (1)

**Original Sentence:** 48 Months of custody followed by 36 Months of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** February 26, 2016

---

## NON-COMPLIANCE SUMMARY

**Violation Number**    **Nature of Noncompliance**

I    **Violation of Standard Condition: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia relate to any controlled substances, except as prescribed by a physician.**

Mr. Hendren tested positive for cannabinoids on February 23, 2017 and March 27, 2017.

<u>U.S. Probation Officer Action:</u>

On February 23, 2017 Mr. Hendren reported to the probation office as required for drug testing. Prior to providing a urine sample, Mr. Hendren admitted to this officer that he was at a party over the weekend (**2/21/17**) and that he ate an edible fruit snack that was mixed with marijuana. Mr. Hendren was cautioned about the individuals with whom he associates with and he was directed to not consume food unless he was certain of its origin. He was given an opportunity for the marijuana to get out of his system.

After testing positive again on March 27, 2017 this writer met with Mr. Hendren to follow-up. Mr. Hendren denied any further drug use since February 21, 2017. His self-report is not consistent with the national standards for drug detection. Mr. Hendren has been enrolled in the random urinalysis phase program and will be subject to more frequent testing. These two positive urine screens are the only positive tests submitted by Mr. Hendren since he commenced his term of supervised release. The probation department is not requesting any further Court action at this time.

Reviewed/Approved by:                          Respectfully submitted,

*/s/ Jeffrey R. Smith*                            */s/ James Pace*
Jeffrey R. Smith                             by  James Pace
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 Date:          4/10/2017

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X ]   Approved
[    ]   Submit a Request for Modifying the Conditions or Term of Supervision
[    ]   Submit a Request for Warrant or Summons
[    ]   Other

/s/ George A. O'Toole, Jr.
U.S. District Judge


4/12/2017
Date